ENTER/JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| NORMAN ANTHONY BROWN,<br><br>Petitioner,<br><br>v.<br><br>COOPER, Warden,<br><br>Respondent. | Case No. EDCV 12-00530 CBM (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Memorandum and Order.

DATED: May 23, 2012

CONSUELO B. MARSHALL
SENIOR JUDGE