FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY 29 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY 29 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

ENTER/JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

NORMAN ANTHONY BROWN,           )   Case No. EDCV 12-00530 CBM (AN)
             Petitioner,        )
                                )   JUDGMENT
     v.                         )
                                )
COOPER, Warden,                 )
             Respondent.        )
_____)

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Memorandum and Order.

DATED: May 23, 2012

_____
CONSUELO B. MARSHALL
SENIOR JUDGE